

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00631-CV

**IN RE PRECISION SHOOTING EQUIPMENT, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: September 17, 2014

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On September 5, 2014, relator Precision Shooting Equipment filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion for default judgment in the underlying suit to collect a debt. However, relator's petition fails to comply with numerous requirements outlined in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a)-(k). Due to the deficiencies in the petition for writ of mandamus filed in this court, we are unable to determine whether the trial court has clearly abused its discretion. Accordingly, relator's petition is denied without prejudice to refiling a petition compliant with the rules. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court at Law, Zapata County, Texas, the Honorable Joe Rathmell presiding.